FUTRELL *v.* MUTUAL BENEFIT FIRE ASSOCIATION.

LITTLE, J.  The evidence was amply sufficient to show that the parties, by mutual consent had agreed, before the loss occurred, to rescind the contract of insurance upon which the plaintiff's action was predicated.  It follows that the verdict against him was right, and it is immaterial whether the charges complained of were erroneous or not.

*Judgment affirmed.  All the Justices concurring.*

Submitted July 18, — Decided August 8, 1900.

Action on insurance policy.  Before Judge Seabrook.  Effingham superior court.  November term, 1899.

*H. B. Strange,*  for plaintiff.
*Gignilliat & Stubbs,*  for defendant.